1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11
12   STEVEN DERRICK IRVIN,           )    No. CV 03-2565-AHS(CW)
                                      )
13                   Plaintiff,       )    ORDER ACCEPTING REPORT AND
                                      )    RECOMMENDATION OF UNITED STATES
14              v.                    )    MAGISTRATE JUDGE
                                      )
15   LEROY D. BACA, et al.,           )
                                      )
16                   Defendants.      )
                                      )
17   ─────────────────────────────────
18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the
19   entire record in this action, as well as the Report and Recommendation
20   of the United States Magistrate Judge.  No objections to the Report
21   and Recommendation have been received.
22        **IT IS ORDERED:**
23   (1)  that the Report and Recommendation of the United States
24        Magistrate Judge be accepted;
25   (2)  that Defendants' motion for summary judgment (docket no. 142,
26        filed August 11, 2008) be granted in part and denied in part;
27   (3)  that summary judgment be granted, as to all claims, in favor of
28        Defendants Baca, Savidan, Martinez, Garcia, Schrader, Ryan,

                                     1

1        Sandoval, Fong, Hart, and Morgan;

2  (4)    that summary judgment be denied, without prejudice, with respect

3           to Defendants Goff, Azteca, Villasenor, and Itani;

4  (5)    that summary judgment be denied, without prejudice, as to COAs 1

5           and 6, and granted as to all other claims, with respect to

6           Defendants Franklin and Browne; and

7  (6)    that all claims against non-appearing Defendants Baker, Saleeby,

8           Mushinskie, Naranjo, Suzuki, Bisaha, Kowaltschuk, Macias, Lomus,

9           and Rodriguez be dismissed for failure to state a claim.

10      **IT IS FURTHER ORDERED** that the clerk shall serve this order on

11 the parties.

12                FEB 2 8 2011

13 DATED: _____

14

15

16                            ALICEMARIE H. STOTLER
                           United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2