JIN S. CHOI, State Bar No. 180270
jchoi@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
JOHN FRANKLIN, MICHAEL BROWNE, DONALD GOFF, JAVIER AZTEZA, HASSAN ITANI, and ISIDRO VILLASENOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DERRICK IRVIN, | Case No. CV 03-02565 AHS (CW) |
| Plaintiff, | Honorable Carla M. Woehrle |
| vs. | **NOTICE OF SETTLEMENT** |
| LEROY D. BACA, etc., et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE Plaintiff Steven Derrick Irvin and Defendants John Franklin, Michael Browne, Donald Goff, Javier Azteza, Hassan Itani, and Isidro Villasenor (collectively "the Parties") hereby notify the Court that the Parties have reached an agreement to settle this matter in its entirety.

///

///

1

1  Pursuant to the settlement agreement, in conjunction with the payment of the
2  settlement amount to him, Plaintiff will file a request for dismissal, with prejudice,
3  of all of his claims against Defendants.

6  Dated: March 21, 2014                    LAWRENCE BEACH ALLEN & CHOI, PC

8                                           By  /s/ Justin W. Clark
9                                               Justin W. Clark
                                                Attorneys for Defendants
                                                JOHN FRANKLIN, MICHAEL
                                                BROWNE, DONALD GOFF, JAVIER
                                                AZTEZA, HASSAN ITANI, and
                                                ISIDRO VILLASENOR

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I, Ana Escamilla, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, California 91210.

     On March 21, 2014, I served the foregoing **NOTICE OF SETTLEMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Steven Derrick Irvin, 6409414
In Propria Persona
Los Angeles County Jail
Twin Towers 141-F
450 Bauchet Street
Los Angeles, CA  90012

     BY MAIL:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business.

     I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on March 21, 2014, at Glendale, California.

                                                                                            _____
                                                                                       Declarant