**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. Defendant(s). | **REPORT OF PRISONER SETTLEMENT PROCEEDING** |

A settlement proceeding was held on _____ and the results of that proceeding are indicated below:

1. The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

   ☐ Plaintiff

   ☐ Warden or warden's representative

   ☐ Office of the California Attorney General

   ☐ Other: _____

2. The following individuals, parties, and/or representatives did not appear:

   _____
   _____
   _____

3. The outcome of the proceeding was:

   ☐ The case has been completely settled. The parties agreed that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

☐ The case has been partially resolved and, on or before _____,
counsel for defendants shall file a joint stipulation specifying those claims which have
been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow-up settlement proceeding on _____.

☐ The parties are unable to reach an agreement at this time.

Dated: _____

_____
Victor E. Bianchini / United States Magistrate Judge